IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS MARTIN SUKUP,

      Plaintiff,                      No. CIV S-11-1470 GGH P

    vs.

VICTORIA C. MINOR, Clerk,        ORDER and

      Defendant.              FINDINGS & RECOMMENDATIONS

_____/

        The court granted plaintiff thirty days to file a complaint and an application to proceed in forma pauperis, as set forth in the order, filed on July 12, 2011. In the July 12th order, the court informed plaintiff of the deficiencies of his initial filing. The thirty-day period has now expired, and plaintiff has not filed a complaint or otherwise responded to the court's order.

        IT IS HEREBY ORDERED that the Clerk of Court assign a district judge to this matter; and

        For the reasons given in the July 12, 2011, order, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within

1

1 fourteen (14) days after being served with these findings and recommendations, plaintiff may file
2 written objections with the court.  The document should be captioned "Objections to Magistrate
4 Judge's Findings and Recommendations."   Any response to the objections shall be filed and
5 served within fourteen days after service of the objections.  Plaintiff is advised that failure to file
6 objections within the specified time may waive the right to appeal the District Court's order.
7 DATED: August 24, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:009
suku1470.ftaggh